IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| TELETOUCH COMMUNICATIONS, INC., et al., | : |
| | : Case No. 13-12620 (MFW) |
| Debtors[1]. | : Jointly Administered |
| | : |
| | : Related Docket Nos. 77 & 78 |

**ORDER SHORTENING NOTICE WITH RESPECT TO MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO SELL CERTAIN OF THE DEBTORS' INVENTORY, EQUIPMENT, VEHICLES AND FIXED ASSETS IN A PRIVATE SALE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

The Court having considered the motion for an order shortening time for notice and request for hearing (the "Motion to Shorten") pursuant to Del. Bankr. L.R. 9006-1(e) regarding the *Motion for an Order Authorizing the Trustee to Sell Certain of the Debtors' Inventory, Equipment, Vehicles and Fixed Assets in a Private Sale Free and Clear of All Liens, Claims, Encumbrances and Interests* (the "Sale Motion")) filed by Charles A. Stanziale, Jr., in his capacity as Trustee (the "Trustee") of the Debtors; the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Trustee will serve this Order Shortening Notice and the Sale Motion on (i) the Core Service List consisting of (a) the Office of the United States Trustee for the District of Delaware, (b) counsel to the Debtors, (c) the Internal Revenue Service, and (d) counsel to DCP Teletouch Lenders, LLC, and (ii) the Master Service List consisting of (a) any parties whose

---

[1] The jointly administered debtors are Teletouch Communications, Inc. (Case No. 13-12620-MFW) and Progressive Concepts, Inc. (Case No. 13-12621-MFW) (collectively, the "Debtors").

ME1 16949992v.1

interests are directly affected by a specific pleading including all known lienholders of the Debtors, and (b) those persons and entities who have formally appeared and requested service, all in accordance with the *Order Establishing Notice and Service Procedures* entered in the Debtors' cases.

3. Service of this Order Shortening Notice and the underlying Sale Motion upon the parties set forth above via the method set forth above or by the CM/ECF system, shall be deemed good and sufficient notice and such further notice be and is hereby executed.

4. A hearing to consider the Trustee's Sale Motion will be held before the Honorable Mary F. Walrath on  January 8 , 2014 at  2:00 p.m. (prevailing Eastern Time) (the "**Hearing**").

5. All objections and responses to the Sale Motion shall be filed by Jan. 2, 2014, 4:00 pm.

6. This Order shall be effective and enforceable immediately upon entry.

7. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: Dec. 27 , 2013
Wilmington, DE

The Honorable Mary F. Walrath
United States Bankruptcy Judge

ME1 16949992v.1