**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Teletouch Communications, Inc., *et al.*, | : | Case No. 13-12620 (MFW) |
| | : | (Jointly Administered) |
| Debtor. | : | |

**AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 8, 2014 AT 2:00 P.M.**

**\*AT THE DIRECTION OF THE COURT THIS HEARING IS CANCELLED\***

**RESOLVED MATTERS:**

1.  Motion for an Order Authorizing the Trustee to Sell Certain of the Debtors Inventory, Equipment, Vehicles and Fixed Assets in a Private Sale Free and Clear of All Liens, Claims, Encumbrances and Interests [Filed on December 20, 2013; Docket No. 77]

    Response Deadline:            January 2, 2014 at 4:00 p.m.

    Responses/Objections Received:

    Related Documents:

    (a) Motion to Shorten with Respect to Trustees Motion for an Order Authorizing the Trustee to Sell Certain of the Debtors Inventory, Equipment, Vehicles and Fixed Assets in a Private Sale Free and Clear of All Liens, Claims, Encumbrances and Interests  [Filed on December 20, 2013; Docket No. 78]

    (b) Order Shortening Notice with Respect to Motion for an Order Authorizing the Trustee to Sell Certain of the Debtors' Inventory, Equipment, Vehicles and Fixed Assets in a Private Sale Free and Clear of all Liens, Claims, Encumbrances and Interests [Filed on December 27, 2013; Docket No. 81]

    (c) Notice of Service of Order Shortening Notice with Respect to Motion for an Order Authorizing the Trustee to Sell Certain of the Debtors' Inventory, Equipment, Vehicles and Fixed Assets in a Private Sale Free and Clear of All Liens, Claims, Encumbrances and Interests [Filed on January 2, 2014; Docket No. 84]

---

[1] Amended items appear in bold.

ME1 16991325v.1

    (d) Certificate of No Objection regarding Motion for an Order Authorizing the Trustee to Sell Certain of the Debtors Inventory, Equipment, Vehicles and Fixed Assets in a Private Sale Free and Clear of All Liens, Claims, Encumbrances and Interests [Filed on January 6, 2014; Docket No. 86]

**Status:**     **The Court has notified Counsel the order will be entered and no hearing is necessary.**

Dated: January 6, 2014
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

*/s/ Katharine L. Mayer*
Katharine L. Mayer (DE #3758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
Telephone:  (302) 984-6300
Facsimile:  (302) 984-6399
kmayer@mccarter.com

*- and -*

Charles A. Stanziale, Jr.
Jeffrey T. Testa
Scott H. Bernstein
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
cstanziale@mccarter.com
jtesta@mccarter.com
sbernstein@mccarter.com

*Attorneys for the Chapter 7 Trustee*

ME1 16991325v.1