IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TELETOUCH COMMUNICATIONS, INC., et al.,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 13-12620 (MFW)<br><br>(Jointly Administered) |

## STATUS REPORT

Charles A. Stanziale, Jr., in his capacity as Chapter 7 Trustee of Teletouch Communications, Inc., *et al.* hereby files the following status report: The Trustee has instructed his retained professionals to prepare and file final fee applications and is in the process of preparing the Trustee Final Report. It is anticipated same will be filed by April 30, 2023.

Dated: November 14, 2022
         Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

By:  */s/ Kate Roggio Buck*
Kate Roggio Buck (DE# 5140)
Shannon D. Humiston (DE# 5740)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Facsimile:  (302) 984-6399
kbuck@mccarter.com
shumiston@mccarter.com

-  *and*  -

Jeffrey T. Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
jtesta@mccarter.com

*Attorneys for the Chapter 7 Trustee*

ME1 43255681v.1